

July 14, 2015

**MEMORANDUM**

To: The Honorable Carol B. Amon

Chief U.S. District Judge

From: Anie Gonzalez

U.S. Probation Officer

Re: Assignment of Case Due to Death of Presiding Judge

Raysor, Umeme – Docket #: 96-CR-339(S-2)-002

We have been contacted by Lloyd Epstein, Esq., who has been recently retained by the offender to appeal the constitutionality of his sentence. This offender was sentenced by the Honorable Eugene H. Nickerson, Senior U.S. District Judge, on August 13, 1999, to life without parole. This sentence followed the offender's conviction on two counts of Racketeering, both class A felonies under 18 USC 1962(c), (d), one count of Continuing Criminal Enterprise, a class A felony under 21 USC 848(2), (c), and one count of Conspiracy to Possess with Intent to Distribute Cocaine Base, a class A felony under 21 USC 846, 841(b)(1)(A).

Mr. Epstein has asked that we disclose the presentence report prepared with respect to the instant offense for use in the preparation of his appeal. We write at this time to respectfully request that the above-cited case be assigned to a sitting judge, so that we can seek the Court's permission to make this disclosure. Thank you.