AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| USA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 96-CR-339 |
| Umeme Raysor | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Umeme Raysor

Date: 09/21/2015

*Attorney's signature*

Lloyd Epstein    1628627
*Printed name and bar number*

Epstein & Weil LLC
225 Broadway, Suite 1203
New York, NY  10007

*Address*

Lepstein@epsteinweil.com
*E-mail address*

(212) 732-4888
*Telephone number*

(212) 732-6703
*FAX number*